MARION v. LONG

No. 98P85.

Case below: 72 N.C. App. 585.

Motion by defendants to dismiss plaintiff's appeal for lack of substantial constitutional question allowed 7 May 1985. Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

PEED v. PEED

No. 150P85.

Case below: 72 N.C. App. 549.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985.

POLLOCK v. REEVES BROS., INC.

No. 534A84.

Case below: 70 N.C. App. 199.

Motion by defendant (Reeves Brothers) to dismiss appeal of Barbara Beckwith, earlier postponed by the Court, is denied 2 April 1985.

SMITH v. NATIONWIDE MUT. INS. CO.

No. 130PA85.

Case below: 72 N.C. App. 400.

Petition by defendant (Nationwide) for discretionary review under G.S. 7A-31 allowed 7 May 1985.

STATE v. AIKEN

No. 229P85.

Case below: 73 N.C. App. 487.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 June 1985.